COMMONWEALTH of Pennsylvania, Respondent

v.

**Ian C. BRENNER, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 27, 2009.

COMMONWEALTH of Pennsylvania, Petitioner

v.

**Terrance BOOKER, Respondent.**

Supreme Court of Pennsylvania.

Oct. 27, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of October, 2009, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED** to issue a, rephrased for clarity: Whether the Superior Court erred by finding petitioner failed to preserve issues for appeal. The order of the Superior Court is **VACATED,** pursuant to *Commonwealth v. Gravely,* 970 A.2d 1137 (Pa.2009) (creating *prospective* rule appellant seeking extension to file Rule 1925(b) statement must do so by written application with trial court), and the case is **REMANDED** to the Superior Court for consideration on the merits. Jurisdiction relinquished.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of October 2009, the Respondent's Counsel's Motion to Withdraw as Counsel is **GRANTED.** The trial court is directed to appoint new counsel to represent the Respondent. The Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED** and this matter is **REMANDED** to the Superior Court for action consistent with our recent decision in *Commonwealth v. Liston,* 977 A.2d 1089 (Pa.2009).

Justice GREENSPAN did not participate in the consideration or decision of this matter.